

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MICHAEL LECK TURNER A/K/A | | No. 08-11-00318-CR |
| MICHA LEEK TURNER A/K/A | § | |
| MICHA LECK TURNER, | | Appeal from |
| | § | |
| Appellant, | | 43rd District Court |
| | § | |
| v. | | of Parker County, Texas |
| | § | |
| THE STATE OF TEXAS, | | (TC # CR10-0844) |
| | § | |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF OCTOBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating